EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00198 SOM |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | 21 U.S.C. § 860(a) |
| NELLIE LYNN RAMAN, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about May 4, 2002, in the District of Hawaii, defendant NELLIE LYNN RAMAN did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

Count 2

The Grand Jury charges that:

On or about May 4, 2002, in the District of Hawaii, defendant NELLIE LYNN RAMAN did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

DATED: \_\_\_May 16\_\_\_, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney


United States v. Nellie Lynn Raman
Cr. No. _____
"Indictment"