AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 5 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

NELLIE LYNN RAMAN

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 02-00198SOM-01

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST NELLIE LYNN RAMAN and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Violations of Supervised Release:
Fail to submit monthly supervision reports
Fail to report to Probation Office
Fail to report change in residence
Fail to participate in substance abuse treatment

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| *signature* | November 18, 2005 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at    NO BAIL

By: Susan Oki Mollway, United States District Judge

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at KUKUI ST AND MAUNAKEA ST HONOLULU, HI | | | |
| Date Received 11-21-05 | NAME AND TITLE OF ARRESTING OFFICER DARRYL NG HFTF TFO | SIGNATURE OF ARRESTING OFFICER *signature* FOR: DARRYL NG | |
| Date of Arrest 5-12-06 | | | |

Received U.S. Marshals Service Honolulu District 2005 NOV 21 AM 9:50