Prob 12CAmended 1
(Rev. 3/06 D/HI)

# ORIGINAL

### United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

U.S.A. vs. <u>NELLIE LYNN RAMAN</u>          Docket No. <u>CR 02-00198SOM-01</u>

### AMENDED REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violations of Supervised Release)

COMES NOW MERILEE N. LAU, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of NELLIE LYNN RAMAN, who was placed on supervision by the Honorable Susan Oki Mollway, sitting in the Court at Honolulu, Hawaii, on the 4th day of November 2002, who fixed the period of supervision at 6 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

2. That the defendant is prohibited from possessing any illegal or dangerous weapons.

3. Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

**Modification:** On 2/25/2004, the Court modified the supervised release conditions and imposed the following additional special condition: 4) That the defendant be placed in Miller Hale, a community corrections center, for not more than 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Miller Hale to include employment and job-training opportunities.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Alleged Violation(s) of Supervised Release

That the petition for Request for Course of Action filed on 11/18/2005 include the following additional violation(s):

5. That on 5/12/2006, the offender was in the "Operation Weed and Seed" target area, in violation of Special Condition No. 3.

Prob 12C Amend 1
(Rev. 3/06 D/HI)

2

6.  That the offender admitted to smoking crack cocaine on 5/11/2006, in violation of the General Condition.

Based on the above, the U.S. Probation Officer recommends that the Request for Course of Action filed on 11/18/2005 be amended to include the additional violation(s).

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[X] That the Request for Course of Action filed on 11/18/2005 be amended to include the additional violation(s) and that the subject be brought before the Court to show cause why supervision should not be revoked.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on    5/12/2006

MERILEE N. LAU
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated 11/17/2005 and filed on 11/18/2005 be amended to include the additional violation(s) and that the subject be brought before the Court to show cause why supervision should not be revoked.

Considered and ordered this 12th day of May, 2006, and ordered filed and made a part of the records in the above case.

SUSAN OKI MOLLWAY
U.S. District Judge

Re:   **RAMAN, Nellie Lynn**
      **Criminal No. CR 02-00198SOM-01**
      **REVOCATION OF SUPERVISED RELEASE**

### STATEMENT OF FACTS

**Violation No. 5- Entering the "Operation Weed and Seed" target area:** On 5/12/2006, the offender was arrested on the supervised release violator's warrant on Kukui Street and Maunakea Street, a location within the Operation Weed and Seed target area. Subsequent to her arrest, this officer interviewed the offender in the U.S. Marshals' cellblock. The offender admitted that she knew she was prohibited from entering the Weed and Seed area but did so anyway. She further admitted that she has been in the Weed and Seed target area on several occasions since absconding from supervision.

**Violation No. 6- Admitted to Crack Cocaine Use:** Further, during the interview, the offender admitted that she smoked crack cocaine in the morning of 5/12/2006. She also admitted that she smoked cracked cocaine regularly since absconding from supervision.

It is respectfully recommended that the violations be added to the Request for Course of Action filed on 11/18/2005.

Respectfully submitted by,

_____
MERILEE N. LAU
U.S. Probation Officer

Approved by:

_____
GENE DeMELLO, JR.
Supervising U.S. Probation Officer

GD/dck

Re:  **RAMAN, Nellie Lynn**
     **Criminal No. CR 02-00198SOM-01**
     **REVOCATION OF SUPERVISED RELEASE**
     **STATEMENT OF FACTS - Page 2**

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

General Condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter, but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test in which event the maximum shall increase to up to one valid drug test per day (mandatory condition).