# MINUTES

|  |  |
|---|---|
|  | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
|  | 5/17/2006  4:30 pm |
|  | SUE BEITIA, CLERK |

CASE NUMBER:      CR 02-00198SOM

CASE NAME:         USA vs. Nellie Lynn Raman

ATTYS FOR PLA:    Thomas Koenig

ATTYS FOR DEFT:  Loretta Faymonville

                                Merilee Lau (USPO)

| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
|---|---|---|---|
| DATE: | 5/17/2006 | TIME: | 1:30 - 2:15 |

COURT ACTION:  Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Nellie Lynn Raman present and in custody.

Defendant admits to violations nos. 1, 2, 4, 5, and 6.

Violation no. 3 - withdrawn by the government.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervised release.

Allocution by the Defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 9 Months.

Supervised Release: 4 Years.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter.   The defendant to submit up to a maximum of one valid drug test per day as directed by Probation Office.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- Without the prior approval of the Probation Office, the defendant shall not enter the "Operation Weed and Seed" target area which is bordered by Lunalilo Freeway, Nuuanu Avenue, Bethel Street, Nimitz Highway, North King Street, Dillingham Boulevard, and Kokea Street, as depicted in the map to be attached to the Judgment.

- That the defendant serve up to 180 days community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

Defendant advised of her right to appeal

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.

Case 1:02-cr-00198-SOM    Document 34    Filed 05/17/2006    Page 3 of 3